IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No.    5:23-CR- 454 (DNH) |
| v. | ) **Indictment** |
| **ASHLEY WHITAKER,** | ) Violation:   18 U.S.C. § 1001(a)(3) |
| | ) [Making and Using a False |
| **Defendant.** | ) Writing and Document] |
| | ) 18 U.S.C. § 2250(a) |
| | ) [Failure to Register] |
| | ) 4 Counts |
| | ) County of Offense:   Onondaga |

## THE GRAND JURY CHARGES:

### COUNTS 1 - 3
### [Making and Using a False Writing and Document]

On or about each of the dates set forth below, in Onondaga County in the Northern District of New York, the defendant, **ASHLEY WHITAKER**, in a matter within the jurisdiction of the judicial branch of the government of the United States, did knowingly and willfully make and use a false writing and document, knowing the same to contain a materially false, fictitious, and fraudulent statement, that is, on his Written Monthly Report/Supervision Report for Persons Charged with or Convicted of Sex Offenses, submitted by the defendant to the United States Probation Office as a part of his court-ordered supervised release, the defendant answered "Yes" under penalty of perjury to the question: "Have you complied with sex offender registration procedures," when, as he then well knew, on February 7, 2023 he had created email account [xxx]stroakw@gmail.com, and had not provided that email address to the sex offender registry as required by law, in  violation of Title 18, United States Code, Section 1001(a)(3).

| Count | Date of False Writing and Document |
|---|---|
| 1 | March 1, 2023 |
| 2 | April 1, 2023 |
| 3 | May 1, 2023 |

## COUNT 4
### [Failure to Register]

From in or about February, 2023, through in or about May, 2023, in Onondaga County in the Northern District of New York, and elsewhere, defendant **ASHLEY WHITAKER**, an individual required to register under the Sex Offender Registration and Notification Act (SORNA), who is a sex offender by reason of a conviction under federal law, did knowingly fail to register and update his registration as required by SORNA, in that **WHITAKER** failed to register a designation used for self-identification and routing in internet communications, that is, electronic email address "[xxx]stroakw@gmail.com" created on or about February 7, 2023, in violation of Title 18, United States Code, Section 2250(a).

Dated:   November 15, 2023

A TRUE BILL,

/ Grand Jury Foreperson

CARLA B. FREEDMAN
United States Attorney

By: *[signature]*
Lisa M. Fletcher
Assistant United States Attorney
Bar Roll No. 510187

2